UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8516 PA (PLAx) | Date | July 28, 2015 |
|---|---|---|---|
| Title | Paz Siqueiros v. United States Postal Service | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The Court is in receipt of a First Amended Complaint filed by plaintiff Paz Siqueiros ("Plaintiff") on July 21, 2015. Plaintiff has filed the First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which allows a party to "amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ." Defendant's Motion to Dismiss (Docket No. 21) is denied as moot. The hearing calendared for August 3, 2015, is vacated and the matter taken off calendar.

IT IS SO ORDERED.