JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paz Siqueiros, | CV 14-8516 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| United States Postal Service; United States Postmaster General Megan Brennan; Vichael McKorkle; Ken Robles; and Does 1-10, | |
| Defendants. | |

Pursuant to the Court's October 5, 2015 Minute Order dismissing the race, gender, and disability discrimination claims for lack of subject matter jurisdiction, and the retaliation claim for failure to state a claim,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the race, gender, and disability discrimination claims of plaintiff Paz Siqueiros ("Plaintiff") are dismissed for lack of subject matter jurisdiction without leave to amend.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's retaliation claim is dismissed for failure to state a claim with prejudice.

//

//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that defendants shall have their costs of suit.
3  IT IS SO ORDERED.
4
5 DATED: October 5, 2015      _____
                                            Percy Anderson
6                                     UNITED STATES DISTRICT JUDGE